IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* STEPHEN BISHOP,<br><br>  Plaintiff/Relator,<br><br>  v.<br><br>LEVEL 3 COMMUNICATIONS, INC.<br>*et al.*<br><br>Defendants. | )<br>)<br>)<br>)  NO. 1:13-cv-1453 (AJT/JFA)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST LEVEL 3
COMMUNICATIONS, INC.</u>

Pursuant to Federal Rule of Civil Procedure 41(a), the United States, having intervened in part for purposes of settlement in this *qui tam* brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733 ("FCA"), and Relator Stephen Bishop ("Relator"), hereby notify the Court of the voluntary dismissal of all claims against Level 3 Communications, Inc. ("Level 3") in this action, with the exception of Relator's claim for attorney's fees and costs under 31 U.S.C. § 3730(d)(1), as set forth below:

1. The Relator dismisses with prejudice all claims alleged in his Complaint as to himself and against Level 3.

2. The United States dismisses with prejudice all claims against Level 3 that are "Covered Conduct" under the Settlement Agreement, and without prejudice all other claims against Level 3 alleged in the Complaint.

3. Except as provided in the Settlement Agreement and Relator's claim for attorney's fees and costs pursuant to 31 U.S.C. § 3730(d)(1), the parties will bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

4. No Defendants have filed an answer or responsive pleading to the Complaint.

5. Pursuant to the Settlement and *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: June 2, 2021

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: /s/
Krista Anderson
Assistant United States Attorney
United States Attorney's Office
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3995
Fax: (703) 299-3983
E-mail: krista.anderson@usdoj.gov

/s/
Zachary A. Kitts
Attorney for Plaintiff/Relator Stephen Bishop
3554 Chain Bridge Road
Suite 100
Fairfax, Virginia 22030
Tel: (703) 649-5500
zkitts@kglawpllc.com

- 3 -

IT IS HEREBY SO ORDERED this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE