# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America | ) |
| *ex rel.* | ) |
| Stephen Bishop, | ) |
| *Plaintiffs*, | ) |
| | ) CIVIL ACTION NO.1:13-cv-01453 |
| v. | ) |
| | ) |
| Level 3 Communications, Inc. *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF SETTLEMENT

Relator Stephen Bishop, through counsel, files this notice that his claim for attorney's fees and expenses pursuant to 31 U.S.C. § 3730(d) has been resolved.

Respectfully Submitted,

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Relator
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email: zkitts@kglawpllc.com

## CERTIFICATE OF SERVICE

This is to certify that on July 20, 2021, a copy of this Motion for an Extension was filed with the ECF system and served via email on the following Counsel for Level 3: Robert J. Meyer at rmeyer@willkie.com.

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Relator
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email:  zkitts@kglawpllc.com