IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEPHEN BISHOP,<br><br>Plaintiffs,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, INC., P.V.S. INC., MSO TECH, INC., WILLIAM S. WILSON, AND ROBIN P. WILSON,<br><br>Defendants. | No. 1:13-cv-1453 (AJT/JFA) |

**<u>ORDER</u>**

On June 4, 2021, the Court directed the Relator Stephen Bishop to file his claim for attorney's fees and costs under 31 U.S.C. § 3730(d)(1). [Doc. No. 56]. On July 20, 2021, Relator, through counsel, filed a Notice stating that his claim for attorney's fees and expenses pursuant to 31 U.S.C. § 3730(d) had been resolved. [Doc. No. 59] (the "Notice"). Upon consideration of the Notice, it is hereby

ORDERED that the Order dated June 4, 2021, directing Relator to file his claim for attorney's fees and costs under 31 U.S.C. § 3730(d)(1) be, and the same hereby is, VACATED.

The Clerk is directed to forward this Order to all parties of record.

Anthony J. Trenga
United States District Judge

July 21, 2021
Alexandria, Virginia