IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* STEPHEN BISHOP,<br><br>           Plaintiff/Relator,<br><br>                  v.<br><br>LEVEL 3 COMMUNICATIONS, INC.<br>*et al.*<br><br>Defendants. | )<br>)<br>)<br>)      NO. 1:13-cv-1453 (AJT/JFA)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION AS TO CLAIMS AGAINST REMAINING DEFENDANTS

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in the claims against the remaining Defendants, William Wilson, Robin Wilson, PVS, Inc. and MSO Tech, Inc.

Although the United States declines to intervene as to all remaining claims, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*  Therefore, the United States requests that, should either the relator or the remaining Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests

that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

      A proposed order accompanies this notice.

Dated:  July 23, 2021

                                Respectfully submitted,

                                RAJ PAREKH
                                Acting United States Attorney

                                _/s/_____
                                By:     KRISTA ANDERSON
                                Assistant United States Attorney
                                United States Attorney's Office
                                Counsel for the United States
                                2100 Jamieson Avenue
                                Alexandria, Virginia 22314
                                Tel: 703.299.3995
                                Fax: 703.299.3983
                                Email: krista.anderson@usdoj.gov