UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America | ) |
| *ex rel.* | ) |
| Stephen Bishop, | ) |
| *Plaintiffs*, | ) |
| | ) CIVIL ACTION NO.1:13-cv-01453 |
| v. | ) |
| | ) |
| Level 3 Communications, Inc. *et al.*, | ) |
| *Defendants*. | ) |

**STIPULATION OF DISMISSAL**

Relator Stephen Bishop files this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i) and asks that the remaining claims against all remaining defendants be dismissed. The Government has previously given its consent to this dismissal but may file its own stipulation.

Respectfully Submitted,

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Plaintiff/Relator
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email:  zkitts@kglawpllc.com

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2021 a copy of this Stipulation of Dismissal was filed with the ECF which will complete service on AUSA Krista Anderson and all other registered e-filers.

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Relator
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email:  zkitts@kglawpllc.com