IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* STEPHEN BISHOP, | ) | |
| | ) | |
| Plaintiff/Relator, | ) | NO. 1:13-cv-1453 (AJT/JFA) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEVEL 3 COMMUNICATIONS, INC. | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

Relator Stephen Bishop filed a Stipulation Dismissal as to all defendants remaining in this case, *i.e.*, (1) P.V.S. Inc., (2) MSO Tech, Inc., (3) William S. Wilson, and (4) Robin P. Wilson.  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this case, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

A proposed order accompanies this notice.

Dated: October 13, 2021

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/
KRISTA ANDERSON
Assistant United States Attorney
United States Attorney's Office
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia  22314
Tel: 703.299.3995
Fax: 703.299.3983
Email: krista.anderson@usdoj.gov