UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America )<br>*ex rel.* )<br>Stephen Bishop, )<br>*Plaintiffs*, )<br> )<br>v. )<br> )<br>Level 3 Communications, Inc. *et al.*, )<br>*Defendants*. ) | CIVIL ACTION NO.1:13-cv-01453 |

**STIPULATION OF DISMISSAL**

Relator Stephen Bishop files this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i) and asks that the remaining claims against all remaining defendants be dismissed. The Government has previously given its consent to this dismissal but may file its own stipulation.

Respectfully Submitted,

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Plaintiff/Relator
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email: zkitts@kglawpllc.com

So ordered
10/15/21

/s/
_____
Anthony J. Trenga
United States District Judge